AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>All funds up to the amount of $4,796,586.42<br>transferred to Bank of America account number<br>488079956927 | )<br>)<br>)<br>)<br>) |

Case No.     19-mc-121-MEH

### APPLICATION FOR A WARRANT
### TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of

_____ Colorado _____ is subject to forfeiture to the United States of America under ____18____ U.S.C. §

981 (a)(1)(C)                                         *(describe the property)*:

All funds up to $4,796,586.42 transferred to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC, held in Bank of America hold harmless account under internal identification of Party ID #15009242739

The application is based on these facts:

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

s/Deborah Sikiyan
*Applicant's signature*

Deborah Sikiyan, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:   11/21/2019

*Michael E. Hegarty*
*Judge's signature*

City and state:   Denver, Colorado

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT

I, Deborah Sikiyan, a Special Agent with the Federal Bureau of Investigation, being duly sworn, declare and state as follows:

This Affidavit is submitted in support of an application for a seizure warrant for the following subject bank account:

> (a)  All funds up to the amount of $4,796,586.42 transferred to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC, held in Bank of America hold harmless account under internal identification of Party ID # 15009242739 (the "Subject Account").

### GENERAL BACKGROUND

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since approximately May of 2000. I am currently assigned to the Denver Field Office, White Collar Crime squad, where I investigate violations of federal law relating to various white collar crimes including money laundering, bank/mail/wire fraud, and securities fraud. Since becoming an FBI Agent, I have received specialized and on the job training regarding a variety of criminal activities including various types of fraud.

2.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.

1

## STATEMENT OF PROBABLE CAUSE

3.      There is probable cause to believe that the funds in the Subject Account are subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1) (C) and (b) as property which constitutes or is derived from proceeds traceable to one or more violations of 18 U.S.C. § 1343, (Wire Fraud).

4.      Specifically, there is probable cause to believe that the Subject Account contains proceeds of a Business Email Compromise (BEC) fraud scheme perpetrated against Xcel Energy and its subsidiaries to include Northern States Power Company, Southwestern Public Service Company, and Public Service Company of Colorado.

5.      On November 7, 2019, Xcel Energy and its subsidiaries filed a complaint with the Internet Crime Complaint Center of the FBI stating they were a victim of a Business Email Compromise (BEC) in the amount of $4,796,586.42.

6.       Since September 2012, the FBI has spearheaded an undercover operation called "Operation Purloined Wire," which has targeted an international network of actors, co-conspirators, and money mules engaged in a sophisticated email phishing, computer intrusion, and social engineering scheme targeting a variety of businesses and individuals across the United States. The scheme is commonly called, "Business Email Compromise," where a victim company is targeted via email by a BEC actor.  In a typical BEC scam, an employee of the victim company is sent an email by the BEC actor posing as a vendor and directs the victim company employee to wire money or modify the banking information to a specified account for the purported reason to pay an alleged invoice or service contract.

7.     On September 16, 2019, an accounts payable employee, Rebecca D. Arellano (Arellano), of Xcel Energy located in Denver, Colorado, received an email purported to be from an accounts receivable employee at Wanzek Construction (BEC actor) requesting a payment update on construction expenses performed by Wanzek Construction on Foxtail Wind Farm Phase.  It should be noted that Wanzek Construction is a true vendor doing business with Xcel Energy.

8.     On September 16, 2019, Arellano replied that she would need an invoice number or purchase order number.

9.     On September 17, 2019, Arellano received an additional email stating that the invoice number is 10-13741 in the amount of $367,870.30 and the vendor company code is 4190003500. They also sent an updated telephone number of 302-659-9922.

10.    The accounts payable employee at Xcel then called the phone number provided in the email by the false vendor and confirmed the new payment information. The new payment information provided to Xcel for Wanzek Construction was Bank of America account number 488079956927 in the name of Stovall Trucking, LLC.

11.    Based on the new payment information provided to Xcel, several ACH transfers to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC occurred.

12.    On October 25, 2019, an ACH transfer in the amount of $4,016,667.19 was made from Wells Fargo Bank account number 31966 in the name of Xcel Energy subsidiary, Northern States Power Company, to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC.

13.     On October 25, 2019, an ACH transfer in the amount of $358,047.17 was made from Wells Fargo Bank account number 2391424617 in the name of Xcel Energy subsidiary, Southwestern Public Service Company, to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC.

14.     On October 28, 2019, an ACH transfer in the amount of $52,418.16 was made from Wells Fargo Bank account number 2391424617 in the name of Xcel Energy subsidiary, Southwestern Public Service Company, to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC.

15.     On October 31, 2019, an ACH transfer in the amount of $369,453.90 was made from Wells Fargo Bank account number 1010004305 in the name of Xcel Energy subsidiary, Public Service Company of Colorado, to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC.

16.     After the ACH transfers occurred, Xcel Energy contacted Wanzek Construction.  Wanzek Construction confirmed that they did not send the September 16, 2019, email requesting a payment update.

17.     Bank of America closed Bank of America account number 488079956927 in the name of Stovall Trucking, LLC, based on suspicious activity occurring in the account. The funds in the account were transferred to Bank of America hold harmless account under internal identification of Party ID # 15009242739.

## CONCLUSION

18.     Based on the foregoing, there is probable cause to believe that the funds held in the bank account described above, constitute or were derived from proceeds traceable to violations of Title 18, United States Code, Section 1343.

4

19.     Further, Title 18, United States Code, Section 984 provides that the government need not identify the specific property involved in an offense that is the basis for the forfeiture if the property involved is funds deposited into a financial account when the forfeitable funds were placed into that account within the prior year.

20.     Therefore, there is probable cause to believe the funds in the following account is subject to seizure pursuant to 18 U.S.C. § 981(b), and forfeiture of the United States pursuant to 18 U.S.C. § 981 (a)(1)(C).

   a.   All funds up to the amount of $4,796,586.42 transferred to Bank of America account number 488079956927 in the name of Stovall Trucking, LLC, held in Bank of America hold harmless account under internal identification of Party ID # 15009242739.

21.     In consideration of the foregoing, I request that the court issue the application for Seizure Warrant authorizing the seizure of all funds up to the amount of $4,796,586.42 in the Subject Account.

I, Deborah Sikiyan, a Special Agent with the Federal Bureau of Investigation, being duly sworn according to law, hereby state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

s/ *Deborah Sikiyan*
Deborah Sikiyan
Special Agent
Federal Bureau of Investigation

5

Reviewed and submitted by Laura Hurd, Assistant United States Attorney.

Subscribed and sworn to before me on the ___21st___ of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO